IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN LANDRON, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| | : | NO. 17-4096 |
| SUPERINTENDENT BARRY SMITH, et al., | : | |
| Respondents. | : | FILED FEB 23 2018 |

**ORDER**

HARVEY BARTLE, III, J.,

AND NOW, this 23rd day of February, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED with prejudice;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Harvey Bartle
HARVEY BARTLE, III, J.